NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1548

HITACHI KOKI CO., LTD.,

Plaintiff-Appellant,

v.

DAVID J. KAPPOS, Director, Patent and Trademark Office,

Defendant-Appellee.

Appeal from the United States District Court for the District of Columbia in case no. 07-CV-1504, Judge Ellen S. Huvelle.

ON MOTION

<u>ORDER</u>

Hitachi Koki Co., Ltd. moves without opposition for a 1-day extension of time, until January 11, 2010, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 25 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Paul Devinsky, Esq.
Raymond Chen, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 25 2010

JAN HORBALY
CLERK